[Nos. 27278-1-I; 27798-7-I.   Division One.   May 4, 1992.]

R. MICHAEL LANTZ, JR., *Respondent*, v. MAAS & LANTZ,
P.S., ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 90-2-17611-8, Robert S. Lasnik, J., entered

January 15, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Kennedy, JJ.